IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | |
|---|---|
| LOIS MARTIN, AS GUARDIAN AND<br>NEXT FRIEND OF D. C. M. | PLAINTIFF |
| VS. | CIVIL ACTION NO.: 2:12-CV-111-NBB-JMV |
| TOWN OF TUTWILER, MISSISSIPPI;<br>JIMMY JOHNSON INDIVIDUALLY AND<br>IN HIS OFFICIAL CAPACITY AS POLICE CAPTAIN;<br>BOBBY BANKS, JR. INDIVIDUALLY AND<br>IN HIS OFFICIAL CAPACITY AS A POLICE<br>OFFICER FOR THE TOWN OF TUTWILER;<br>LATOYA ELLIS INDIVIDUALLY AND<br>IN HER OFFICIAL CAPACITY AS COURT CLERK<br>FOR THE TOWN OF TUTWILER; ANGELIA CHANDLER<br>INDIVIDUALLY AND IN HER OFFICIAL CAPACITY<br>AS TOWN CLERK FOR THE TOWN OF TUTWILER | DEFENDANTS |

## ORDER

This matter is before the court *sua sponte* following a motion to remand filed by the plaintiff. Rule 16(b)(1)(B) of the Uniform Local Rules provides:

> A motion to remand or a motion to refer an action to the bankruptcy court will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand or referral issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motions. At the time the remand motion or referral motion is filed, the movant must submit to the magistrate judge an order granting the stay but permitting discovery concerning only the remand or referral issue. The parties must promptly notify the magistrate judge of any order denying a motion to remand or motion to refer and must promptly submit an order lifting the stay.

IT IS, THEREFORE, ORDERED that all proceedings herein, including the Case Management Conference and all motions filed by the parties herein, but excluding discovery relating to the remand issues, shall be and are hereby stayed pending the court's ruling on the Motion to Remand.

IT IS FURTHER ORDERED that should the Motion to Remand be denied, plaintiff's

counsel shall contact the court within ten days of the denial to advise of the need to reschedule the Case Management Conference.

SO ORDERED, this, the 10th day of July 2012.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE